Anthony F. Lo Cicero (AL 7538)
Charles R. Macedo (CM 4980)
Holly Pekowsky (HP5034)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

Attorneys for Plaintiff
Reserve Management Corporation



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
RESERVE MANAGEMENT CORPORATION,

          Plaintiff,

          v.

RESERVE FUND MANAGEMENT and JIM
KOETTING,

          Defendants.
------------------------------------x

JUDGE BUCHWALD

Civil Action No.: 07 CIV. 7819

## RULE 7.1 DISCLOSURE OF THE RESERVE MANAGEMENT CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for the Plaintiff Reserve Management Corporation hereby certifies that the following are the corporate parents and publicly held corporations owning ten percent (10%) or more of the stock of Reserve Management Corporation: NONE

378949.1

Respectfully submitted,

Dated: New York, New York
September 4, 2007

By _____
Anthony Lo Cicero (AL 7538)
Charles R. Macedo (CM 4980)
Holly Pekowsky (HP 5034)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
Tel.: (212) 336-8000
Fax: (212) 336-8001
Attorneys for Plaintiff Reserve Management Corporation