Anthony F. Lo Cicero (AL 7538)
Charles R. Macedo (CM 4980)
Holly Pekowsky (HP5034)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York  10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

Attorneys for Plaintiff
Reserve Management Corporation

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| RESERVE MANAGEMENT CORPORATION, | |
| Plaintiff, | Civil Action No.: 07-7819 |
| v. | |
| RESERVE FUND MANAGEMENT and JIM KOETTING, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - -x

## VOLUNTARY DISMISSAL OF COMPLAINT
## WITHOUT PREJUDICE, Fed.R.Civ.P. 41(a)(1)(i)

Whereas Defendants Reserve Fund Management and Jim Koetting not having filed an Answer or otherwise moved with respect to the Complaint, Defendants Reserve Fund Management and Jim Koetting having agreed not to use the term RESERVE as a

382705.1

-2-

mark or as part of mark now or in the future, and the Plaintiff and Defendants having amicably resolved their differences, Plaintiff does hereby voluntarily dismiss the Complaint, without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

           Respectfully submitted,

           AMSTER, ROTHSTEIN & EBENSTEIN LLP

Dated: New York, New York
       October 19, 2007

By: _____

           Charles R. Macedo (CM 4980)

           90 Park Avenue
           New York, New York 10016
           Telephone: (212) 336-8000
           Facsimile: (212) 336-8001
           E-Mail: cmacedo@arelaw.com

Of Counsel:
Anthony F. Lo Cicero (AL 7538)
Holly Pekowsky (HP5034)

382705.1